# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0855
_____

ENRIQUE DIAZ,

　　Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

　　Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

June 5, 2024


PER CURIAM.

　　AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Enrique Diaz, pro se, Appellant.

Rana M. Wallace, General Counsel, and Mark J. Hiers, Deputy General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.